# UNITED STATES PROBATION OFFICE
# EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** August 9, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** **GOODMAN, Jasper Deonta**  
**Case No.: 5:21-CR-119-1BO**  
**Request for Early Termination**

**TO:** Terrence W. Boyle  
United States District Judge

On December 9, 2021, Jasper Deonta Goodman was convicted of Conspiracy to Commit Bank Fraud; False, Factitious, and Fraudulent Claims; and Aiding and Abetting. Mr. Goodman appeared in United States District Court for the Eastern District of North Carolina and received 18 months imprisonment, followed by 5 years of supervised release. He began supervision on January 12, 2023.

Mr. Goodman has performed satisfactorily on supervision. He has submitted to DNA testing, and he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since July 28, 2023. All drug screens have been negative. Mr. Goodman is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on January 11, 2028.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination noting, "The defendant was involved in various financial crimes in this matter. A longer period of supervision is necessary to ascertain whether the defendant has turned away from a criminal lifestyle." Also noting, "The defendant has served less than half of the term of supervision". Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          _8-9-24_  
Terrence W. Boyle                         Date  
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.    Crim. No. 5:21-CR-119-1BO

JASPER DEONTA GOODMAN

On January 12, 2023, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: August 9, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  9  day of  August , 2024.

Terrence W. Boyle
United States District Judge